**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOOP XPRESS, INC.,** | ) | |
| | ) | Case No. 5:25-cv-2806 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL** |
| v | ) | |
| | ) | |
| **TRAVELERS PROPERTY CASUALTY** | ) | |
| **COMPANY OF AMERICA and** | ) | |
| **TRAVELERS PROPERTY CASUALTY** | ) | |
| **CORP.,** | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \* \*

**NOW COME** Defendants, Travelers Property Casualty Company of America and Travelers Property Casualty Corp. ("Travelers"), by and through their attorneys, Gregory, Meyer & Chapnick, P.C., and pursuant to 28 U.S.C. § 1441, hereby files this Notice of Removal of a cause of action filed in the Court of Common Pleas For Stark County, State of Ohio styled, *Loop Xpress, Inc. v. Travelers Property Casualty Company of America and Travelers Property Casualty Corp.,* Case No. 2025CV02520 and in support of their Notice of Removal, Defendants states that:

1. On or about November 21, 2025, Plaintiff commenced the captioned action by filing a Complaint in the Court of Common Pleas of Stark County, Ohio. A copy of all process, pleadings, orders and other papers served on Defendants in the state court action is attached as **Exhibit 1** hereto.

2. The action is a civil action for breach of contract.

3. The Summons and the Complaint were served on Defendants on December 1, 2025 2025. This Notice of Removal is being filed within 30 days of service of process, and is therefore, timely under 28 U.S.C. § 1446(b).

4.      Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over the matter by reason of the diversity of citizenship of the parties. Plaintiff and Defendants are citizens of different states, and the amount in controversy with respect to Plaintiff's claims exceeds $75,000, exclusive of interest and costs.

5.      Venue in this Court is proper under 28 U.S.C. § 1441(a) and 28 U.S.C. §115(a)(1) as this Court and its Eastern Division embrace the place where the action is pending, specifically the Stark County Court of Common Pleas.

## PARTIES

6.      Plaintiff is an Ohio corporation with its principal place of business in Cleveland, Ohio (**Exhibit 1**, Complaint, ¶ 1).

7.      Defendant Travelers Property Casualty Company of America is an insurance company organized under the laws of Connecticut  with its principal place of business in Hartford, Connecticut (**Exhibit 2**, Corporate record for Travelers Property Casualty Company of America).

8.      Defendant Travelers Property Casualty Corp. is an insurance company organized under the laws of Connecticut with its principal place of business in Hartford, Connecticut (**Exhibit 3**, Corporate record for Travelers Property Casualty Corp.).

## AMOUNT IN CONTROVERSY

9.      The amount in controversy exceeds $75,000.00, exclusive of interest and costs as Plaintiff alleges compensatory damages to the insured property of "more than $69,000" as well as bad faith and punitive damages in excess of $25,000 (**Exhibit 1**, Complaint ¶ 13, 56-59 and Ad damnum clause).

10.     Plaintiff has also alleged a separate bad faith claim in which it also seeks extracontractual, punitive, and exemplary damages, and attorney's fees in excess of $25,000

(**Exhibit 1**, Complaint, ¶¶ 31, 56-59 and Ad damnum clause). Alleged punitive and exemplary damages may be considered in determining the amount in controversy. *Halsey v. AGCO Corporation*, 755 Fed. Appx. 524, 529 (6th Cir, 2018). These allegations demonstrate that the amount in controversy on Plaintiff's individual claims readily exceed $75,000.

## REMOVAL PROCEDURE

11.      No previous application has been made for the relief requested herein.

12.      Defendants have filed this Notice of Removal with this Court, have served a copy of the Notice of Removal upon counsel for Plaintiff, and will promptly file a copy of this Notice of Removal in the Common Pleas Court of Stark County pursuant to 28 U.S.C. § 1446(d). A copy of the Stark County Court of Common Pleas docket sheet for the matter removed to this Court, as of December 30, 2025, is attached as **Exhibit 4** hereto.

13.      By filing this Notice, Defendants do not waive, and expressly reserve, all rights, defenses, and objections of any nature that Defendants may have against Plaintiff's claims.

**WHEREFORE**, Defendants, Travelers Property Casualty Company of America and Travelers Property Casualty Corp. respectfully request that this action be removed from the Stark County Court of Common Pleas in the State of Ohio, to the United States District Court for the Northern District of Ohio, Eastern Division, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

Respectfully submitted,

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Defendants
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 - Fax
Dated: December 31, 2025        mchapnick@gregorylaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically filed the foregoing *Notice of Removal Based and this Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Not applicable.**

I hereby further certify that I have mailed by United States Postal Service and by email the foregoing *Notice of Removal Based and this Certificate of Service* to the following non-ECF participants:

Stephen M. Bosak, Jr. (0092443)
Carl M. Felice IV (0099994)
**GEMBALA, McLAUGHLIN & PECORA CO., LPA**
5455 Detroit Road
Sheffield Village, OH 44054
sbosak@gmpfirm.com
cfelice@gmpfirm.com

Attorneys for Plaintiff Loop Xpress, Inc.

and to the Clerk of the Court
**Stark County Court of Common Pleas**
by Federal Express on December 30, 2025

By: /s/ Michele A. Chapnick
     MICHELE A. CHAPNICK (0084349)
     **GREGORY AND MEYER, P.C.**
     Attorneys for Defendants
     340 E. Big Beaver, Ste. 520
     Troy, MI 48083
     (248) 689-3920
     Fax: (248) 689-3920
     mchapnick@gregorylaw.com

4