**Exhibit 1**



FILED

NOV 2 1 2025

LYNN M. TODARO
STARK COUNTY OHIO
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**STARK COUNTY, OHIO**

| | |
|---|---|
| **LOOP XPRESS, INC.**<br>1660 Charl Ann Drive<br>Alliance, OH 44601<br><br>     Plaintiff,<br><br>v.<br><br>**TRAVELERS PROPERTY**<br>**CASUALTY COMPANY OF**<br>**AMERICA**<br>1 Tower Square<br>Hartford, Connecticut 06183<br><br>and<br><br>**TRAVELERS PROPERTY**<br>**CASUALTY CORP.**<br>1 Tower Square<br>Hartford, Connecticut 06183<br><br>     *Serve also*:<br>     Corporation Service Company<br>     225 Asylum Street – 20th Floor<br>     Hartford, Connecticut 06103<br><br><br>     Defendants. | CASE NO.   **2025CV02520**<br><br>JUDGE   **Hartnett**<br><br>**JURY DEMAND ENDORSED**<br>**HEREON** |

---

## COMPLAINT

Plaintiff Loop Xpress, Inc., by and through undersigned counsel, for its complaint against Defendants Travelers Property Casualty Company of America and Travelers Property Casualty Corp. states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     Loop Xpress, Inc. ("Loop" or "Plaintiff") is an Ohio corporation with its principal place of business in Alliance, Stark County, Ohio.

2.     Travelers Property Casualty Company of America and Travelers Property Casualty Corp. (collectively, "Defendants") are corporations with their principal places of business located in Hartford, Connecticut. Defendants are engaged in the business of insurance and each conduct business and transact within and throughout the State of Ohio. This Court has jurisdiction over the parties and this dispute pursuant to R.C. 2307.382, *et. seq.*, and R.C. 2305.01., *et. seq.*

3.     Defendants have the requisite minimum contacts with the State of Ohio in that Defendants have hundreds of agents who are continuously and systematically present in the State of Ohio and have hundreds of offices situated in the State of Ohio. Further, Defendants provide insurance to tens of thousands of businesses and individuals in the State of Ohio.

4.     Venue is proper because (1) Defendants conducted activity giving rise to Plaintiff's claims for relief in Stark County by entering into an agreement with Plaintiff, a company domiciled in Stark County, and insuring Plaintiff's property and business in Stark County, and (2) all or part of Plaintiff's claims for relief arose in Stark County in that the agreement that is the subject of this dispute was executed by Plaintiff in Stark County and the terms of said agreement apply to Plaintiff, a company domiciled in Stark County, and Plaintiff's business activities, which are implemented and commenced in Stark County.

5.     Plaintiff does not waive its rights under the insurance policy at issue by filing this action.

2

## COUNT I: BREACH OF CONTRACT

6.　Plaintiff incorporates the allegations contained in the preceding paragraphs as if fully rewritten herein.

7.　At all relevant times, Defendants insured Plaintiff's commercial cargo and broker activities under insurance policy No. QT-660-5T058408-TIL-23 (the "Policy") for and in consideration of a premium paid in good faith by Plaintiff. A true and accurate copy of the Policy is attached hereto as **Exhibit 1** and incorporated herein by reference.

8.　On or about November 27, 2023, a criminal event occurred where unknown criminals stole a cargo load entrusted to Plaintiff for commercial delivery purposes. This criminal event caused a direct physical loss to Plaintiff, which is a covered loss under the Policy.

9.　Plaintiff properly and timely filed a claim with Defendants concerning this loss pursuant to the terms and conditions of the Policy. Plaintiff's claim was assigned claim no. A2L9199.

10.　Plaintiff thereafter fully and faithfully complied with all of its obligations under the Policy.

11.　Defendants have failed, neglected, and/or refused to issue payment to Plaintiff in the amount rightfully owed to Plaintiff under the terms of the Policy.

12.　Defendants have a duty to issue payment for any covered loss that its insured is entitled to collect as a result of such loss. This contractual obligation is subject only to any applicable limits of insurance and/or policy exclusions which are expressly and unambiguously stated in the Policy, and which do not apply to the subject loss.

13.　Defendants breached their contractual obligation by failing to tender Plaintiff the full amount of benefits available for the damages caused by the covered loss.

3

14.  As a result of the subject loss, Plaintiff has suffered significant damages.

15.  As a direct and proximate result of the actions and/or omissions of Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns, Plaintiff has sustained damages in an amount to be determined at trial.

## COUNT II: BAD FAITH

16.  Plaintiff incorporates the allegations contained in the preceding paragraphs as if fully rewritten herein.

17.  Defendants owe a duty of good faith and fair dealing to Plaintiff in administering the Policy.

18.  Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns, acted unreasonably, without reasonable justification, intentionally, recklessly and/or in bad faith in the adjustment and/or investigation of Plaintiff's claim.

19.  Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns breached the duty of good faith by failing to timely adjust and/or investigate Plaintiff's claim without reasonable justification.

20.  Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns breached the duty of good faith by intentionally refusing to adjust and/or investigate Plaintiff's claim without reasonable justification.

21.  Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns, breached the duty of good faith by intentionally failing to determine whether their refusal to adjust and/or investigate Plaintiff's claim had a lawful basis.

22.     The actions of Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns, in failing to adequately and properly investigate and/or adjust Plaintiff's claim constitutes willful, wanton, purposeful, knowing, and/or reckless disregard of Plaintiff's rights and of Defendants' obligations under the Policy and the requirements of the law, and as such, Defendants have acted with actual malice toward Plaintiff.

23.     Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns acted in bad faith in the adjustment of Plaintiff's claim by failing to adjust the claim with reasonable justification.

24.     Defendants and/or their agents, affiliates, employees, attorneys, adjusters, investigators, and/or assigns, acted in bad faith in the processing, investigation, adjustment, and/or handling of Plaintiff's claim, including but not limited to by engaging in the following:

a.     Failing to conduct an adequate investigation of the claim;

b.     Failing to pay all benefits due under the Policy to Plaintiff pursuant to the claim and forcing Plaintiff to file suit to recover these amounts;

c.     Denying coverage for Plaintiff's losses under the Policy;

d.     Failing to exercise good faith in the processing of Plaintiff's claim;

e.     Compelling Plaintiff to litigate by wrongfully denying the claim;

f.     Failing to comply with the requirements of Ohio Administrative Code Rule 3901-1-54 and/or 3901-1-07;

g.     Placing their own financial interest ahead of Plaintiff's financial position.

25.     The actions and/or omissions of Defendants, through their agents, affiliates, employees, attorneys, adjusters, and/or investigators, demonstrate malice,

5

oppression, or insult and Defendants, as principals or masters of their agents, affiliates, employees, attorneys, adjusters, and/or investigators, authorized, participated in, and ratified the actions or omissions of their agents, affiliates, employees, attorneys, adjusters, and/or investigators in this regard.

26. As a direct and proximate result of Defendants' bad faith, Plaintiff has suffered emotional distress and anxiety, inconvenience, increased loss of use, and economic harm, and has incurred litigation expenses and attorneys' fees.

27. As a direct and proximate result of the actions and/or omissions of Defendants, through their agents, affiliates, employees, attorneys, adjusters, and/or investigators, Plaintiff has sustained damages in an amount to be determined at trial.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Loop Xpress, Inc. prays that judgment be entered against Defendants as follows:

a.  An order for compensatory damages, in an amount to be determined at trial, including without limitation contractual damages, bad faith damages, mental anguish and suffering, economic loss, emotional distress and anxiety, inconvenience, and increased loss of use;

b.  An order for punitive damages in amount to be determined at trial;

c.  An award of attorneys' fees and costs incurred in prosecuting this action;

d.  An award of pre-judgment and post-judgment interest to the extent permitted by law; and

e.  Any other and further relief in law or equity to which Plaintiff may be entitled.

Respectfully submitted,

6

GEMBALA, McLAUGHLIN
& PECORA CO., LPA

By:    */s/ Carl M. Felice*
Stephen M. Bosak, Jr. (0092443)
Carl M. Felice IV (0099994)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email: sbosak@gmpfirm.com
          cfelice@gmpfirm.com

*Counsel for Plaintiff Loop Xpress, Inc.*

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues contained herein.

*/s/ Carl M. Felice*
Carl M. Felice IV (0099994)
*Counsel for Plaintiff Loop Xpress, Inc.*

## INSTRUCTIONS FOR SERVICE

**TO THE CLERK:**

Please issue summons and serve the same together with a copy of the Complaint

upon the Defendants at the addresses set forth in the caption by Certified Mail, Return

Receipt Requested.

*/s/ Carl M. Felice*
Carl M. Felice IV (0099994)
*Counsel for Plaintiff Loop Xpress, Inc.*

7


**TRAVELERS**

<div style="border:1px solid">

**EXHIBIT**

**1**

</div>

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*
*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**LOOP XPRESS INC.**
**1660 CHARL ANN DR.**
**ALLIANCE OH 44601**

**Presented by: NATIONAL RISK MANAGEMENT**

**TRAVELERS** 

One Tower Square, Hartford, Connecticut 06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              COMMERCIAL INLAND MARINE
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 02/06/23
                              POLICY NUMBER: QT-660-5T058408-TIL-23
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   LOOP XPRESS INC.
   1660 CHARL ANN DR.
   ALLIANCE, OH 44601

2. **POLICY PERIOD:**  From 05/10/23 to 05/10/24 12:01 A.M. Standard Time at
   your mailing address.

3. **LOCATIONS**
   Premises  Bldg.
   Loc. No.  No.  Occupancy            Address

   SEE IL TO 03

4. **COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS      CM TO 01 07 86 TIL

5. **NUMBERS OF FORMS AND ENDORSEMENTS**
   **FORMING A PART OF THIS POLICY:**   SEE IL TB 01 10 93

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy
   containing its complete provisions:
   Policy                    Policy No.                Insuring Company

   DIRECT BILL
7. **PREMIUM SUMMARY:**
   Provisional Premium   $ 9,448
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:           **COUNTERSIGNED BY:**
   NATIONAL RISK MANAGEMENT (XK528)
   7181 CHAGRIN RD STE 230            _____
   CHAGRIN FALLS, OH 440231125        Authorized Representative

                                      DATE:_____

IL TO 02 11 89(REV. 09-07)    PAGE 1 OF 1
OFFICE: CLEVELAND



**TRAVELERS**

**POLICY NUMBER:** QT-660-5T058408-TIL-23

**EFFECTIVE DATE:** 05-10-23

**ISSUE DATE:** 02-06-23

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89   COMMON POLICY DECLARATIONS
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07   COMMON POLICY CONDITIONS
IL T0 03 04 96   LOCATION SCHEDULE
```

INLAND MARINE

```
CM B0 15 01 11   CARRIERS CARGO PAK COVERAGE FORM DEC
CM T0 11 08 05   TABLE OF CONTENTS
CM 00 01 09 04   COMMERCIAL INLAND MARINE CONDITIONS
CM T2 09 01 11   CARRIERS CARGO PAK COVERAGE FORM
CM U6 17 07 20   ELECTRONIC VANDALISM LIMITATION ENDT
CM T3 98 01 21   FEDERAL TERRORISM RISK INSURANCE ACT DIS
CM T5 79 02 14   CARGO THEFT & DISHONEST ACTS EXCLUSIONS
CM T5 95 02 14   SPECIFIED COMMODITIES NOT COVERED
CM U5 37 09 17   CONTRACTUAL OBLIGATION TO ANOTHER ENTITY
CM 01 40 04 08   OHIO CHANGES
```

INTERLINE ENDORSEMENTS

```
IL T0 63 07 22   ACTUAL CASH VALUE
IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 21   CAP ON LOSSES FROM CERT ACTS OF TERRORIS
IL T4 27 06 19   ADDITIONAL BENEFITS
IL T3 82 05 13   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL 02 44 09 07   OHIO CHANGES-CANCELLATION & NONRENEWAL
IL T3 55 05 13   EXCLUSION OF CERTAIN COMPUTER LOSSES
```

POLICYHOLDER NOTICES

```
PN U4 31 07 22   NOT CHG POL TERMS ACV
```

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

    a. Is responsible for the payment of all premiums; and

    b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

**LOCATION SCHEDULE**          **POLICY NUMBER:** QT-660-5T058408-TIL-23

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
05-10-23 to 05-10-24.

| Loc. No. | Bldg. No. | Address | Occupancy |
|----------|-----------|---------|-----------|
| 1 | 1 | 1660 CHARL ANN DR<br>ALLIANCE, OH 44601 | TERMINAL |

# COMMERCIAL INLAND MARINE

# COMMERCIAL INLAND MARINE



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| COMMERCIAL INLAND MARINE | POLICY NUMBER: QT-660-5T058408-TIL-23 |
|---|---|
| COVERAGE PART DECLARATIONS | ISSUE DATE:        02-06-23 |

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From  05-10-23  to  05-10-24  12:01A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

### CARRIERS CARGO PAK

|  |  | Limit of Insurance |
|---|---|---|
| **I.** | Limits of Insurance Applicable To Property: | |
|  | **A.** In Or On A Land Vehicle or Container: | $ 150,000 |
|  | **B.** At the "Terminal" located: | |
|  | 1. 1660 Charl Ann Dr., Alliance, OH 44601 | $ 300,000 |
|  | 2. | $ |
|  | 3. | $ |
|  | 4. | $ |
|  | **C.** At Other Locations: | $ 150,000 |
|  | **D.** All Covered Property In Any One Occurrence: | $ 300,000 |

**II.** Deductible:        $ 2,500

**III.** Reports and Premium:

Minimum Earned Premium: $2,500

Reporting or Non-Reporting applies as indicated by an 'X' below.

☐ Non- Reporting:              $                          Annual Policy Premium

☒ Reporting:

☐ See Reporting Schedule

Premium Base:              Mileage

Estimated Exposure:        800,000

Rate:                      $ 1.181

Premium Adjustment Period: Annual

Deposit Premium:           $ 9,448

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING ON FORM IL T8 01 10 93.

CM T0 01 07 86
Order # CM B0 15 01 11
© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 1

PRODUCER: XK528  NATIONAL RISK MANAGEMENT          OFFICE: CLEVELAND          042

TABLE OF CONTENTS

# COMMERCIAL INLAND MARINE COVERAGE PART

**The following indicates the contents of the principal forms which may be attached to your policy.**

**It contains no reference to the Declarations or Endorsements which also may be attached.**

**Beginning on Page**

**COMMERCIAL INLAND MARINE CONDITIONS**

Loss Conditions

| | | |
|---|---|---|
| A. | Abandonment | 1 |
| B. | Appraisal | 1 |
| C. | Duties In The Event Of Loss | 1 |
| D. | Insurance Under Two Or More Coverages | 1 |
| E. | Loss Payment | 1 |
| F. | Other Insurance | 2 |
| G. | Pair, Sets Or Parts | 2 |
| H. | Recovered Property | 2 |
| I. | Reinstatement Of Limit After Loss | 2 |
| J. | Transfer Of Rights Of Recovery Against Others To Us | 2 |

General Conditions

| | | |
|---|---|---|
| A. | Concealment, Misrepresentation Or Fraud | 2 |
| B. | Control Of Property | 2 |
| C. | Legal Action Against Us | 2 |
| D. | No Benefit To Bailee | 3 |
| E. | Policy Period, Coverage Territory | 3 |
| F. | Valuation | 3 |

**INLAND MARINE COVERAGE FORM(S)**

A. Coverage

| | | |
|---|---|---|
| 1. | Covered Property | |
| 2. | Property Not Covered | Page |
| 3. | Covered Causes Of Loss | |
| 4. | Additional Coverage – Collapse (If Applicable) | No. |
| 5. | Coverage Extensions (If Any) | |
| | | Varies |
| B. | Exclusions | |
| C. | Limits Of Insurance | By |
| D. | Deductible | |
| E. | Additional Conditions | Form |
| F. | Definitions | |

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than

COMMERCIAL INLAND MARINE

their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

COMMERCIAL INLAND MARINE

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE

# CARRIERS CARGO PAK

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F – DEFINI-TIONS.**

## A. COVERAGE

We will pay those sums you become legally obligated to pay as damages for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

1. **Covered Property**, as used in this Coverage Form, means lawful property of others that you have accepted for transportation, and for which a Limit of Insurance is shown in the Declarations.

2. **Property Not Covered**

   Covered Property does not include:

   a. Live animals, insects, vermin, rodents, birds, poultry, fish or marine life;

   b. Automobiles, vehicles, transporting vehicles, trailers or containers unless specifically described as property to be transported in any written contract issued or accepted by you;

   c. Accounts, bills, deeds, letters of credit, passports, lottery or other tickets, stamps, money, currency, securities, checks, drafts, notes, evidences of debt, commercial papers, blueprints, mechanical drawings, manuscripts, other valuable papers or records, bullion, coins, precious stones, jewelry, abstracts, paintings, etchings, drawings, rare books, tapestries, sculptures, statuary and other bona fide works of art, rarity, historic value or artistic merit;

   d. Property for which you have arranged transportation as a transportation broker or for which you are legally liable as a warehouse operator or a freight forwarder.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE from an external cause, except for those causes of loss listed in the Exclusions.

4. **Additional Coverages**

   a. **Duty to Defend**

      We have the right and duty to defend you against any "suit". However, we will have no duty to defend you against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any occurrence and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **C – Limits of Insurance;** and

      (2) Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under the Supplementary Payments Additional Coverage.

   b. **Supplementary Payments**

      We will pay, with respect to any claim we investigate or settle, or any "suit" against you we defend:

      (1) All expenses we incur.

      (2) The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We will not be the principal under these bonds, and we do not have to furnish these bonds.

      (3) All reasonable expenses you incur at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

      (4) All costs taxed against you in the "suit", but only if such costs are taxed for direct physical loss of or damage

 © 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

to Covered Property to which this insurance applies.

(5) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

(7) The cost of any required appeal bond for any judgment that we appeal, but only for bond amounts for that part of the judgment that is for damages to which this insurance applies and which are within the applicable Limit of Insurance. We will pay, or reimburse you for, the cost of a higher appeal bond amount if we are required to do so under the law that applies. We will not be the principal under any appeal bond, and we do not have to furnish any appeal bond.

**c. Cargo Handling Equipment**

We will pay for direct physical loss or damage caused by a Covered Cause of Loss to tarpaulins, chains, binders, pads, covers, burlap, skids, barrels, cartons, pallets, dollies, hand trucks, fork lifts and lift trucks owned by you or owned by others and not accepted for transportation. The value of such property will be the lesser of the cost to repair or replace, if you actually repair or replace, but if you do not, the value will be the Actual Cash Value for the covered loss or damage as of the date of loss.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**d. Shipper's Control of Damaged and Undamaged Goods**

If loss to any part of Covered Property is caused by a Covered Cause of Loss and you have agreed in writing prior to the loss that the shipper may control the disposition of the damaged or undamaged Covered Property, we will pay those sums you become legally obligated to pay for such loss to damaged or undamaged Covered Property within the contractual control of the Shipper.

**e. Cargo Extra Expenses**

We will pay the necessary and reasonable extra expenses incurred to:

(1) Avoid or minimize a Covered Cause of Loss to Covered Property; or

(2) Re-load, salvage or temporarily store Covered Property after a covered loss.

This includes services provided by Fire, Police or other Public Emergency Service Departments. The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**f. Debris Removal**

We will pay the necessary and reasonable expenses incurred to remove debris of Covered Property resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to:

(1) Costs to extract "pollutants" from land or water; or

(2) Costs to remove, restore or replace polluted land or water.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**g. Pollutant Cleanup and Removal**

We will pay the necessary and reasonable expenses incurred to extract "pollutants" from land or water, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss to Covered Property that occurs during the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the direct physical loss or damage.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CM T2 09 01 11

COMMERCIAL INLAND MARINE

The most we will pay under this Additional Coverage is $25,000 in any one year commencing with policy inception.

**h. Reward Coverage**

We will reimburse you for any reward payments you make leading to:

(1) The successful return of undamaged stolen Covered Property; or

(2) The arrest and conviction of any persons who have damaged or stolen any of the Covered Property.

The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

This Additional Coverage does not apply in the State of New York.

**i. Uncollectible Freight Charges**

We will pay the amount of earned freight charges that you cannot collect due to a covered loss to Covered Property. We will not prorate your charges for a shipment that commenced but could not be delivered due to a covered loss to Covered Property.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**a. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**b. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market, loss of income or any other consequential loss.

**b.** Dishonest or criminal acts by you, your partners, directors, trustees, officers or members. This exclusion does not apply to your employees or independent contractors.

3. We will not pay for any costs, fines, or penalties you incur for your violation of any law or regulation that applies to your delay in payments, denial or settlement of any claim made against you by others for any loss or damage.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations:

1. In Or On A Land Vehicle or Container applies to Covered Property in or on a truck, trailer, semi-trailer, or container, while not at your "Terminal".

2. At the "Terminal" applies to Covered Property while at the "Terminal" described in the Declarations.

3. At Other Locations applies to Covered Property that is not in or on a truck, trailer, semi-trailer, or container and not at a location described as a "Terminal" in the Declarations.

In no event will we pay more than the All Covered Property in Any One Occurrence limit regardless of the number of:

a. Trucks, trailers, semi-trailers, or containers;

b. "Terminals"; or

c. Other Locations.

The applicable Limit of Insurance is the most we will pay regardless of the number of insureds, claims made or "suits" brought; or persons or organizations making claims or bringing "suits".

The Limits of Insurance stated within the specific Additional Coverage will apply as additional

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

amounts of insurance, unless otherwise stated within the Additional Coverage.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage, before applying the applicable Limits of Insurance, exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of the loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated within the specific Additional Coverage, the Deductible shown in the Declarations applies to the Additional Coverages in this coverage form. But, if loss or damage in any one occurrence involves more than one Coverage or Additional Co verage under this co verage form, we will deduct only the largest applicable deductible.

**E. AMENDED AND ADDITIONAL CONDITIONS**

The Commercial Inland Marine Conditions and the Common Policy Conditions apply except as amended below.

**1. Commercial Inland Marine Loss Conditions Not Applicable**

The following Loss Conditions do not apply to this Coverage Form: Appraisal; Loss Payment; Pairs, Sets or Parts; and Recovered Property.

**2. Valuation**

The Valuation General Condition is replaced by the following for all Covered Property other than the Additional Coverage for Cargo Handling Equipment:

Covered Property will be valued at the amount for which you are legally liable. However, at your discretion, Covered Property which was sold by a Seller, prior to any loss, will be valued at the destination market value less any charges or expenses not incurred.

**3. Transfer of Rights of Recovery Against Others to Us**

The Transfer of Rights of Recovery Against Others to Us Loss Condition is replaced by the following:

If you have rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

You may waive your rights against another party in writing:

**a.** Prior to a loss to Covered Property;

**b.** After a loss to Covered Property only if at the time of loss that party is:

**(1)** Someone insured by this insurance;

**(2)** A business firm owned or controlled by you or that owns or controls you; or

**(3)** Another bailee of Covered Property if you have a written contract that apportions some or all of the loss with such bailee.

This will not restrict your insurance.

**4. Legal Action Against Us**

The Legal Action Against Us General Condition, in the Commercial Inland Marine Conditions, is replaced by the following:

Legal Action Against Us

**a.** No one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all the terms of this Coverage Form;

**(2)** The action is brought within 2 years after you first have knowledge of the direct loss or damage or the "suit".

**b.** No person or organization has a right under this Coverage Form to join us as a party or otherwise bring us into a "suit" asking for damages from you.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**5. Duties in the Event of Loss**

The following is added to the Duties in the Event of Loss Condition:

Make a prompt claim in writing against any other party who may be liable for the loss.

**6. Coverage Territory**

We cover property wherever located within:

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CM T2 09 01 11

COMMERCIAL INLAND MARINE

a. The United States of America and its ter-
   ritories or possessions;
b. Puerto Rico; and
c. Canada.

**7. Reimbursement to Us**

We may endorse this policy at your request to
comply with the requirements of the United
States Department of Transportation or any
other governmental authority.

If we pay any loss or damage because of any
such endorsement, you must promptly reim-
burse us for that payment and any other ex-
penses we may incur in connection with it;
however, your reimbursement will be required
only to the extent that we do not cover that
loss or damage under this Coverage Form.

**8. Salvage**

Unless, prior to any loss, you have agreed by
written contract to the contrary, any salvage
for loss will accrue entirely to our benefit until
the sum paid by us has been made up. If our
benefit of salvage recovery exceeds the loss
sum we paid, then we will return the differ-
ence to you or the owner of Covered Prop-
erty, less salvage expenses.

**9. Minimum Earned Premium**

You must pay at least the Minimum Earned
Premium shown in the Declarations.

This Minimum Earned Premium will only ap-
ply:

a. When the computed premium for each
   annual policy period is less than the
   Minimum Premium; or
b. If you cancel this Insurance after it has
   taken effect.

**10. Reports, Premium And Reporting Provi-
sions**

The following applies only if Reporting is indi-
cated in the Declarations.

a. Reports. Within 30 days after the end of
   each reporting period, you must report to
   us the amount of your Premium Base for
   that period.
b. Premium Computation. We will compute
   the premium using the rate and your
   Premium Base shown in the Declarations

as of each Premium Adjustment Period
shown in the Declarations.

c. Premium Adjustment. We will apply the
   computed premium to the Deposit Pre-
   mium shown in the Declarations until it is
   used up. You must then pay us all premi-
   ums that exceed the Deposit Premium.

d. If the Coverage Form is cancelled, you
   must report the amount of the Premium
   Base up to the date of cancellation.

e. Cancellation. The following is added to
   the Cancellation Common Policy Condi-
   tion:

   In the event of cancellation, this Cover-
   age Form applies to all shipments of Co v-
   ered Property made up to the date of
   cancellation.

**F. DEFINITIONS**

1. **"Gross receipts"** means the total amount of
   receipts to which you are entitled for all ser-
   vices covered by this coverage form during
   the policy period.

2. **"Mileage"** means the total live and dead
   mileage of all revenue producing units oper-
   ated during the policy period.

3. **"Pollutants"** means any solid, liquid, gase-
   ous or thermal irritant or contaminant, includ-
   ing smoke, vapor, soot, fumes, acids, alkalis,
   chemicals and waste. Waste includes materi-
   als to be recycled, reconditioned or re-
   claimed.

4. **"Suit"** means a civil proceeding in which
   damages because of loss of or damage to
   Covered Property to which this insurance ap-
   plies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such
      damages are claimed and to which you
      must submit, or submit with our consent;
      and

   b. Any other alternative dispute resolution
      proceeding in which such damages are
      claimed and to which you submit with our
      consent.

5. **"Terminal"** means any portion of a premises
   listed and described in the Declarations or
   Schedule where Covered Property is located.

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC VANDALISM LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

## SCHEDULE

**Electronic Vandalism Limit of Insurance,**

aggregate in any 12-month period of this policy: **$10,000.**

This endorsement limits the insurance provided under this policy for direct physical loss or damage caused by or resulting from "electronic vandalism" and for loss that is a consequence of such direct physical loss or damage.

### A. LIMITATION – ELECTRONIC VANDALISM

The following LIMITATION is added:

The most we will pay for all loss or damage caused directly or indirectly by or resulting from "electronic vandalism" in any one policy year, commencing with the inception date of this endorsement, is the Electronic Vandalism Limit of Insurance shown in the Schedule of this endorsement. This limit:

1. Applies regardless of the number of locations, items or types of property or coverages or Coverage Forms involved; and

2. Is part of, and does not increase the Limits of Insurance provided under this policy.

But if "electronic vandalism" results in:

1. A "specified cause of loss", other than vandalism; or

2. Theft under the Fine Art And Collectibles Coverage Form; Museum Coverage Form, Fine Art Dealer Coverage Form or any other similar fine art coverage form;

this limitation will not apply to the resulting loss or damage caused by that "specified cause of loss" or theft.

### B. ELECTRONIC VANDALISM MINIMUM DEDUCTIBLE

The following deductible provision is added and applies to all coverages, including Extra Expense:

The DEDUCTIBLE provisions of this policy continue to apply. But in no event will the total of

all applicable deductible amounts applied in any one occurrence of "electronic vandalism" be less than $1,000.

### C. DEFINITIONS

"**Electronic Vandalism**", as used in this endorsement means:

1. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.

2. Unauthorized computer code or programming that:

   a. Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

   b. Replicates itself, impairing the performance of computers or computer systems or networks; or

   c. Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

"**Specified Cause of Loss**", as used in this endorsement means:

Fire; lightning; explosion; windstorm or hail; smoke (including the emission or puff back of smoke, soot, fumes or vapors from a boiler, furnace or related equipment); aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

objects as limited below; weight of snow, ice or sleet; "water damage", all only as otherwise insured against in the Coverage Form.

Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an exterior wall of the building or structure is first damaged by a falling object.

"Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. "Sinkhole collapse" does not mean the cost of filling sinkholes or the sinking or collapse of land into man-made underground cavities.

"Water damage" means:

a. Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts) that contains water or steam and is at a location listed in the applicable Location Schedule; and

b. Accidental discharge or leakage of water as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off a location listed in the applicable Location Schedule, if the breakage or cracking is caused by wear and tear. This provision serves as an exception to any wear and tear exclusion. But water damage does not include loss or damage that otherwise may be excluded under the terms of a Water or Flood Exclusion.

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CM U6 17 07 20

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK
# INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

### COMMERCIAL INLAND MARINE COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury — in consultation with the Secretary of Homeland Security and the Attorney General of the United States — to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is 80% of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA).

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

- 1% of your total Commercial Inland Marine Coverage Part premium.

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:   QT-660-5T058408-TIL-23

COMMERCIAL INLAND MARINE
ISSUE DATE:  02-06-23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARGO THEFT AND DISHONEST ACTS EXCLUSIONS

This endorsement modifies insurance provided under the following:

CARRIERS CARGO PAK
CARGO AND LOGISTICS PAK
SHIPPERS CARGO PAK

The following exclusions apply when an 'X' is indicated in the applicable box below.

☐ The following is added to Part 2., Property Not Covered, in Section A – Coverage:

Property in or on a vehicle, trailer or container at any location for more than twenty-four hours from the time it arrived at that location, including Property in or on a vehicle, trailer or container if we are unable to determine the time of loss necessary to this clause. This exclusion does not apply to Covered Property located at a "Terminal" or "Facility" listed in the Declarations.

☒ Paragraph 2.b. in Section B – Exclusions is replaced by the following:

Dishonest Acts committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) A manager or a member if you are a limited liability company;

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Independent Contractors or anyone else to whom the property is released for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to acts of destruction by your employees. But theft by employees is not covered.

☐ The following is added to Paragraph 2. in Section B – Exclusions:

We will not pay for loss caused by or resulting from theft from any unattended vehicle, trailer or container unless at the time of theft all windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry. If there is no vehicle, trailer or container to inspect, this exclusion does not apply.

☐ The following is added to Paragraph 2. in Section B – Exclusions:

We will not pay for loss caused by or resulting from voluntary parting with any property by you or anyone to whom you released the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

☐ The following is added to Paragraph 2. in Section B – Exclusions:

We will not pay for loss caused by or resulting from unauthorized instructions to transfer property to any person or to any place.

© 2014 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:  QT-660-5T058408-TIL-23

COMMERCIAL INLAND MARINE
ISSUE DATE:  02-06-23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIFIED COMMODITIES NOT COVERED

This endorsement modifies coverage provided under the following:

CARRIERS CARGO PAK
CARGO AND LOGISTICS PAK
SHIPPERS CARGO PAK

The following type(s) of property are added to Part 2., Property Not Covered in Section A – COVERAGE when an 'X' is indicated in the applicable box below.

☒ **a.** Cigarettes.

☒ **b.** Pharmaceuticals and prescription drugs.

☐ **c.** Cellular telephones, televisions; video and digital game equipment, including software and data; sound systems and audio equipment; computers, related equipment, software, media and data.

☐ **d.** Alcoholic beverages.

☒ **e.** Other, as described below:

Alcoholic beverages, except Beer and Wine

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL OBLIGATION TO ANOTHER ENTITY

This endorsement modifies insurance provided under the following:

    CARRIERS CARGO PAK
    CARGO AND LOGISTICS PAK

The following Condition is added to Section E – AMENDED AND ADDITIONAL CONDITIONS:

**Contractual Obligation To Another Entity**

**a. Additional Insured**

If prior to a covered loss you have agreed in a written contract or agreement to name any person or organization as an additional insured under this Coverage Form, such person or organization is a Named Insured, but only with respect to Covered Property that the first Named Insured shown in the Declarations has accepted for transportation or storage from such person or organization.

**b. Loss Payee**

If prior to a covered loss you have agreed in a written contract or agreement to name any person or organization as a loss payee under this Coverage Form, such person or organization is a Loss Payee, but only to the extent of their interest in Covered Property.

**c. Defense Coverage**

If prior to a covered loss you have agreed in a written contract or agreement to defend any person or organization with respect to loss or damage to Covered Property, we will defend such person or organization but only with respect to Covered Property that the first Named Insured has accepted for transportation or storage from such person or organization.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**E. Loss Payment**

1. We will give you notice, within 21 days after we receive a properly executed proof of loss, that we:

   a. Accept your claim;

   b. Deny your claim; or

   c. Need more time to investigate your claim.

   If we need more time to investigate your claim, we will provide an explanation for our need for more time. We will continue to notify you again in writing, at least e very 45 days, of the status of the investigation and of the continued time needed for the investigation.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. Provided you ha ve complied with a ll the terms of this policy, we will pay for covered loss or damage within:

   a. 10 days after we accept your claim if such acceptance occurs within the first 21 days after we receive a properly executed proof of loss, unless the claim involves an action by a probate court or other extraordinary circumstances as documented in the claim file; or

   b. Five days after we accept your claim if such acceptance occurs more than 21 days after we receive a properly executed proof of loss, and

      (1) An appraisal award has been made; or

      (2) We have reached an agreement with you on the amount of loss that was in dispute.

6. We will not be liable for any part of a loss that has been paid or made good by o thers.

© ISO Properties, Inc., 2007

# INTERLINE ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

POLICY NUMBER: **QT-660-5T058408-TIL-23**　　　　ISSUE DATE: **02-06-23**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
DELUXE PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
TRAVELERS PROPERTY COVERAGE PART

The following definition is added to any Definitions Section and applies to any provision that uses the term actual cash value:

Actual cash value means the value of the covered property at the time of loss or damage.

When calculating actual cash value using the estimated cost to repair or replace such property, with a reasonable deduction for depreciation that occurred before such loss or damage, we may apply depreciation to all components of the estimated cost, including the following:

**a.** Materials;

**b.** Labor;

**c.** Overhead and profit; and

**d.** Any applicable tax.

The deduction for depreciation may include such considerations as:

**a.** Age;

**b.** Condition, such as wear and tear or deterioration;

**c.** Reduction in useful life; and

**d.** Obsolescence.

This definition does not apply to covered property in the following states:

AR CA CT LA ME MT NY PR WA WV VT

 © 2022 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

 © 2014 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
CYBERFIRST GENERAL PROVISIONS FORM
DELUXE PROPERTY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY ⁺ WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT
    COVERAGE PART
ENVIRONMENTAL HAZARD POLICY
EQUIPMENT BREAKDOWN COVERAGE PART
EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
LAW ENFORCEMENT LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
    INFORMATION SECURITY LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF
    TRANSPORTATION
TRAVELERS PROPERTY COVERAGE PART
TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

IL T4 14 01 21   © 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.   Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

1. We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.

2. These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.

3. While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.

4. We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

 © 2019 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART

A. The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense, rental value or action of civil authority.

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

C. With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

D. The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, the **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy only for one or more of the following reasons, except as provided in Paragraph **6.** below:

   a. Nonpayment of premium;

   b. Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

   c. Discovery of a moral hazard or willful or reckless acts or omissions on your part which increases any hazard insured against;

   d. The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer could reasonably have foreseen the change or contemplated the risk in writing the contract;

   e. Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

   f. Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

   g. A determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

3. We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

4. We will mail the notice of cancellation at least:

   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

5. The notice of cancellation will:

   a. State the effective date of cancellation. The policy period will end on that date.

   b. Contain the date of the notice and the policy number, and will state the reason for cancellation.

6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.

© ISO Properties, Inc., 2006

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

B. The following is added to the Common Policy Conditions and supersedes any provisions to the contrary:

**NONRENEWAL**

1. If we elect not to renew this policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the policy.

2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the policy.

3. Proof of mailing will be sufficient proof of notice.

**C. Common Policy Conditions**

1. Paragraph A.2.a. of the **Businessowners** Common Policy Conditions is deleted.

2. Paragraph E.2. of the **Cancellation** Common Policy Condition in the Standard Property Policy is deleted. Paragraph E.2. is replaced by the following (unless Item A. of this endorsement applies):

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   b. 30 days before the effective date, if we cancel for any other reason.

© ISO Properties, Inc., 2006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

A. We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair,

replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

1. In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part or the Commercial Inland Marine Coverage Part; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft (if insured) under the Causes of Loss – Special Form; or

   b. In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, theft, or a Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**POLICYHOLDER NOTICES**

**POLICYHOLDER NOTICES**

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy    from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

# POLICYHOLDER NOTICES



**POLICYHOLDER NOTICES**

# NOTICE OF NEW

# ACTUAL CASH VALUE  ENDORSEMENT

**YOUR NEW POLICY INCLUDES A NEW ENDORSEMENT FROM YOUR PREVIOUS POLICY. IMPORTANT LANGUAGE IS IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.**

**WE ALSO MAY HAVE MADE CERTAIN WORDING AND FORMATTING CHANGES FOR THE PURPOSE OF CLARIFICATION OR IMPROVED READABILITY. THIS NOTICE DOES NOT NECESSARILY IDENTIFY ANY OR EVERY CLARIFICATION OR EDITORIAL CHANGE MADE.**

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT, BROKER OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Actual Cash Value endorsement, IL T0 63 07 22, is added to your policy. This endorsement adds a definition for Actual Cash Value, which is defined as the value of covered property at the time of loss or damage. When calculating actual cash value using the estimated cost to repair or replace covered property, we may apply depreciation to all components of the estimated cost, including materials, labor, overhead and profit, and any applicable tax. The deduction for depreciation may include such considerations as age, condition (such as wear and tear or deterioration), reduction in useful life and obsolescence. With respect to Illinois, Kentucky, Mississippi, Ohio and Tennessee, this endorsement may result in a reduction of coverage when a reasonable deduction for depreciation is applied.

 © 2022 The Travelers Indemnity Company. All rights reserved.

**To Our Valued Customer,**

Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.

Most standard property insurance policies, including most of our policies, do <u>not</u> provide coverage for flood losses. While flood coverage is often available – primarily through the <u>National Flood Insurance Program</u> – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.

Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.

For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.


**TRAVELERS**

CHANGE EFFECTIVE DATE: 05-10-23
CHANGE ENDORSEMENT NUMBER: 0002

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

Named Insured:
LOOP XPRESS INC.

Policy Number: QT-660-5T058408-TIL-23
Policy Effective Date: 05/10/23
Issue Date: 05/19/23
Additional Premium $ 9,677

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/10/23 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING CM BO 16 01 11 CARGO AND LOGISTICS PAK COV FORM DEC AND ALL
APPLICABLE FORMS PER ATTACHED

NAME AND ADDRESS OF AGENT OR BROKER:
  NATIONAL RISK MANAGEMENT (XK528)
  7181 CHAGRIN RD STE 230
  CHAGRIN FALLS, OH 440231125

IL TO 07 09 87    PAGE  1 OF  1
OFFICE: CLEVELAND

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____



CHANGE EFFECTIVE DATE: 05-10-23
CHANGE ENDORSEMENT NUMBER: 0002

POLICY NUMBER: QT-660-5T058408-TIL-23

EFFECTIVE DATE: 05-10-23

ISSUE DATE: 05-19-23

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

INLAND MARINE

```
CM B0 16 01 11    CARGO AND LOGISTICS PAK COV FORM DEC
CM B0 22 02 14    REPORTING SCHEDULE
CM T2 08 01 11    CARGO AND LOGISTICS PAK COVERAGE FORM
CM U5 42 09 17    BROKER OPERATIONS COVERAGE
```

**COMMERCIAL INLAND MARINE**

# COMMERCIAL INLAND MARINE



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| **COMMERCIAL INLAND MARINE** | **POLICY NUMBER:** QT-660-5T058408-TIL-23 |
| **COVERAGE PART DECLARATIONS** | **ISSUE DATE:** 05-19-23 |

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 05-10-23 to 05-10-24 12:01A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

### CARGO AND LOGISTICS PAK

Limit of Insurance

**I.** Limits of Insurance Applicable To:

| | | |
|---|---|---|
| **A.** | In Or On A Land Vehicle Or Container: | $ 150,000 |
| **B.** | Any Railroad Car Or Any Aircraft: | $ No Coverage |
| **C.** | At the "Facility" located: | |
| | 1. 1660 Charl Ann Dr<br>Alliance, OH 44601 | $ 300,000 |
| | 2. | $ |
| | 3. | $ |
| | 4. | $ |
| **D.** | At Other Locations: | $ 150,000 |
| **E.** | All Covered Property In Any One Occurrence: | $ 300,000 |

**II.** Deductible: $ 2,500

**III.** Reports and Premium:

Minimum Earned Premium: $ 2,500

Reporting or Non-Reporting applies as indicated by an 'X' below.

☐ Non-Reporting: $ Annual Policy Premium

☒ Reporting:

  ☒ See Reporting Schedule

  Premium Base: See CM BO 22

  Estimated Exposure:

  Rate (per $100): $ See CM BO 22

  Premium Adjustment Period: See CM BO 22

  Deposit Premium: $ 9,677

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING ON FORM IL T8 01 10 93.

© 2010 The Travelers Indemnity Company. All rights reserved.<br>Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PRODUCER: XK528 NATIONAL RISK MANAGEMENT     OFFICE: CLEVELAND    042

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CARRIERS CARGO PAK**
**CARGO AND LOGISTICS PAK**
**SHIPPERS CARGO PAK**

**POLICY NUMBER:** QT-660-5T058408-TIL-23
**ISSUE DATE:** 05-19-23

**REPORTING SCHEDULE**

This Reporting Schedule describes the reporting basis applicable to each type of coverage listed below.

Type Of Coverage:  **Motor Truck Cargo**
Premium Base:  **Mileage**
Estimated Exposure:  **650,000**
Rate:  $ **1.181000**
Premium Adjustment Period:  **Annual**
Deposit Premium:  $ **7,677**

Type Of Coverage:  **Brokerage**
Premium Base:  **Revenue**
Estimated Exposure:  **1,000,000**
Rate:  $ **0.200000**
Premium Adjustment Period:  **Annual**
Deposit Premium:  $ **2,000**

Type Of Coverage:
Premium Base:
Estimated Exposure:
Rate:  $
Premium Adjustment Period:
Deposit Premium:  $

Type Of Coverage:
Premium Base:
Estimated Exposure:
Rate:  $
Premium Adjustment Period:
Deposit Premium:  $

# CARGO AND LOGISTICS PAK

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F – DEFINI-TIONS**.

## A. COVERAGE

We will pay those sums you become legally obligated to pay as damages as a Motor Carrier, Warehouseman, Freight Forwarder, Logistics Service Provider or Other Bailee for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

1. **Covered Property**, as used in this Coverage Form, means lawful property of others that you have accepted for transportation, including while temporarily stored or subject to your transportation related logistics services, and for which a Limit of Insurance is shown in the Declarations.

2. **Property Not Covered**

   Covered Property does not include:

   a. Live animals, insects, vermin, rodents, birds, poultry, fish or marine life;

   b. Automobiles, vehicles, transporting vehicles, trailers or containers unless specifically described as property to be transported or stored in any written contract issued or accepted by you;

   c. Accounts, bills, deeds, letters of credit, passports, lottery or other t ickets, stamps, money, currency, securities, checks, drafts, notes, evidences of debt, commercial papers, blueprints, mechanical drawings, manuscripts, other valuable papers or records, bullion, coins, precious stones, jewelry, abstracts, paint ings, etchings, drawings, rare books, tapestries, sculptures, statuary and other bona fide works of art, rarity, historic value or artistic merit.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE from an external cause, except for those causes of loss listed in the Exclusions.

4. **Additional Coverages**

   a. **Duty to Defend**

      We have the right and duty to defend you against any "suit". However, we will have no duty to defend you against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any occurrence and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section C – Limits of Insurance; and

      (2) Our right and duty to defend ends when we have used up the a pplicable Limit of Insurance in the payment of judgments or settle ments.

      No other obligat ion or l iability to pay sums or perform acts or services is covered unless explicitly provided for under the Supplementary Payments Additional Coverage.

   b. **Supplementary Payments**

      We will pay, with respect to any claim we investigate or settle, or any "suit" against you we defend:

      (1) All expenses we incur.

      (2) The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We will not be the principal under these bonds, and we do not have to furnish these bond s.

      (3) All reasonable expenses you incur at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

      (4) All costs taxed against you in the "suit", but only if such costs are taxed for direct physical loss of or damage

 © 2010 The Travelers Indemnity Company. All rights reserved.<br>Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

to Covered Property to which this insurance applies.

(5) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

(7) The cost of any required appeal bond for any judgment that we appeal, but only for bond amounts for that part of the judgment that is for damages to which this insurance applies and which are within the applicable Limit of Insurance. We will pay, or reimburse you for, the cost of a higher appeal bond amount if we are required to do so under the law that applies. We will not be the principal under any appeal bond, and we do not have to furnish any appeal bond.

**c. Cargo Handling Equipment**

We will pay for direct physical loss or damage caused by a Covered Cause of Loss to tarpaulins, chains, binders, pads, covers, burlap, skids, barrels, cartons, pallets, dollies, hand trucks, fork lifts and lift trucks owned by you or owned by others and not accepted for transportation. The value of such property will be the lesser of the cost to repair or replace, if you actually repair or replace, but if you do not, the value will be the Actual Cash Value for the covered loss or damage as of the date of loss.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**d. Shipper's Control of Damaged and Undamaged Goods**

If loss to any part of Covered Property is caused by a Covered Cause of Loss and you have agreed in writing prior to the loss that the shipper may control the disposition of the damaged or undamaged

Covered Property, we will pay those sums you become legally obligated to pay for such loss to damaged or undamaged Covered Property within the contractual control of the Shipper.

**e. Cargo Extra Expenses**

We will pay the necessary and reasonable extra expenses incurred to:

(1) Avoid or minimize a Covered Cause of Loss to Covered Property; or

(2) Re-load, salvage or temporarily store Covered Property after a covered loss.

This includes services provided by Fire, Police or other Public Emergency Service Departments. The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**f. Debris Removal**

We will pay the necessary and reasonable expenses incurred to remove debris of Covered Property resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to:

(1) Costs to extract "pollutants" from land or water; or

(2) Costs to remove, restore or replace polluted land or water.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**g. Pollutant Cleanup and Removal**

We will pay the necessary and reasonable expenses incurred to extract "pollutants" from land or water, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss to Covered Property that occurs during the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the direct physical loss or damage.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

 © 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. CM T2 08 01 11

COMMERCIAL INLAND MARINE

The most we will pay under this Additional Coverage is $25,000 in any one year commencing with policy inception.

**h. Reward Coverage**

We will reimburse you for any reward payments you make leading to:

(1) The successful return of undamaged stolen Covered Property; or

(2) The arrest and conviction of any persons who have damaged or stolen any of the Covered Property.

The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

This Additional Coverage does not apply in the State of New York.

**i. Uncollectible Freight Charges**

We will pay the amount of earned freight or storage charges that you cannot collect due to a covered loss to Covered Property. We will not prorate your charges for a shipment that commenced but could not be delivered due to a covered loss to Covered Property.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**a. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**b. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market, loss of income or any other consequential loss.

**b.** Dishonest or criminal acts by you, your partners, directors, trustees, officers or members. This exclusion does not apply to your employees or independent contractors.

3. We will not pay for any costs, fines, or penalties you incur for your violation of any law or regulation that applies to your delay in payments, denial or settlement of any claim made against you by others for any loss or damage.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations:

1. In Or On a Land Vehicle or Container applies to Covered Property in or on a truck, trailer, semi-trailer, or container, while not at your "Facility".

2. Any Railroad Car or Any Aircraft applies to Covered Property in or on a railroad car or aircraft, while not at your "Facility".

3. At the "Facility" applies to Covered Property while at the "Facility" described in the Declarations.

4. At Other Locations applies to Covered Property that is not in or on a truck, trailer, semi-trailer, container, railroad car or aircraft and not at a location described as a "Facility" in the Declarations.

In no event will we pay more than the All Covered Property in Any One Occurrence limit regardless of the number of:

**a.** Trucks, trailers, semi-trailers, or containers;

**b.** Railroad cars or Aircrafts;

**c.** "Facilities"; or

**d.** Other Locations.

The applicable Limit of Insurance is the most we will pay regardless of the number of insureds;

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE

claims made or "suits" brought; or persons or organizations making claims or bringing "suits".

The Limits of Insurance stated within the specific Additional Coverage will apply as additional amounts of insurance, unless otherwise stated within the Additional Coverage.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage, before applying the applicable Limits of Insurance, exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of the loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated within the specific Additional Coverage, the Deductible shown in the Declarations applies to the Additional Coverages in this coverage form. But, if loss or damage in any one occurrence involves more than one Coverage or Additional Co verage under this coverage form, we will deduct only the largest applicable deductible.

**E. AMENDED AND ADDITIONAL CONDITIONS**

The Commercial Inland Marine Conditions and the Common Policy Conditions apply except as amended below.

**1. Commercial Inland Marine Loss Conditions Not Applicable**

The following Loss Conditions do not apply to this Coverage Form: Appraisal; Loss Payment; Pairs, Sets or Parts; and Recovered Property.

**2. Valuation**

The Valuation General Condition is replaced by the following for a ll Covered Property other than the Additional Coverage for Cargo Handling Equipment:

Covered Property will be valued at the amount for which you are legally liable. However, at your discretion, Covered Property which was sold by a Seller, prior to any loss, will be valued at the destination market value less any charges or expenses not incurred.

**3. Transfer of Rights of Recovery Against Others to Us**

The Transfer of Rights of Recovery Against Others to Us Loss Condition is replaced by the following:

If you have rights to recover all or part of any payment we have made under this Coverage

Part, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

You may waive your rights against another party in writing:

a. Prior to a loss to Covered Property;

b. After a loss to Covered Property only if at the time of loss that party is:

   (1) Someone insured by this insurance;

   (2) A business firm owned or controlled by you or that owns or controls you; or

   (3) Another bailee of Covered Property if you have a written contract that apportions some or all of the loss with such bailee.

This will not restrict your insurance.

**4. Legal Action Against Us**

The Legal Action Against Us General Condition, in the Commercial Inland Marine Conditions, is replaced by the following:

Legal Action Against Us

a. No one may bring a legal action against us under this Coverage Part unless:

   (1) There has been full compliance with all the terms of this Coverage Form;

   (2) The action is brought within 2 years after you first have knowledge of the direct loss or damage or the "suit".

b. No person or organization has a right under this Coverage Form to join us as a party or otherwise bring us into a "suit" asking for damages from you.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**5. Duties in the Event of Loss**

The following is added to the Duties in the Event of Loss Condition:

Make a prompt claim in writing against any other party who may be liable for the loss.

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CM T2 08 01 11

COMMERCIAL INLAND MARINE

**6. Coverage Territory**

We cover property wherever located within:

a. The United States of America and its territories or possessions;

b. Puerto Rico; and

c. Canada.

**7. Reimbursement to Us**

We may endorse this policy at your request to comply with the requirements of the United States Department of Transportation or any other governmental authority.

If we pay any loss or damage because of any such endorsement, you must promptly reimburse us for that payment and any other expenses we may incur in connection with it; however, your reimbursement will be required only to the extent that we do not cover that loss or damage under this Coverage Form.

**8. Salvage**

Unless, prior to any loss, you have agreed by written contract to the contrary, any salvage for loss will accrue entirely to our benefit until the sum paid by us has been made up. If our benefit of salvage recovery exceeds the loss sum we paid, then we will return the difference to you or the owner of Covered Property, less salvage expenses.

**9. Minimum Earned Premium**

You must pay at least the Minimum Earned Premium shown in the Declarations.

This Minimum Earned Premium will only apply:

a. When the computed premium for each annual policy period is less than the Minimum Premium; or

b. If you cancel this insurance after it has taken effect.

**10. Reports, Premium And Reporting Provisions**

The following applies only if Reporting is indicated in the Declarations.

a. Reports. Within 30 days after the end of each reporting period, you must report to us the amount of your Premium Base for that period.

b. Premium Computation. We will compute the premium using the rate and your Premium Base shown in the Declarations as of each Premium Adjustment Period shown in the Declarations.

c. Premium Adjustment. We will apply the computed premium to the Deposit Premium shown in the Declarations until it is used up. You must then pay us all premiums that exceed the Deposit Premium.

d. If the Coverage Form is cancelled, you must report the amount of the Premium Base up to the date of cancellation.

e. Cancellation. The following is added to the Cancellation Common Policy Condition:

In the event of cancellation, this Coverage Form applies to all shipments of Covered Property made up to the date of cancellation.

**F. DEFINITIONS**

**1.** "Gross receipts" means the total amount of receipts to which you are entitled for all services covered by this coverage form during the policy period.

**2.** "Mileage" means the total live and dead mileage of all revenue producing units operated during the policy period.

**3.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**4.** "Suit" means a civil proceeding in which damages because of loss of or damage to Covered Property to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit, or submit with our consent; and

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**5.** "Facility" means any portion of a premises listed and described in the Declarations or Schedule where Covered Property is located.

© 2010 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **QT-660-5T058408-TIL-23**

COMMERCIAL INLAND MARINE
ISSUE DATE:  **05-19-23**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROKER OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

CARGO AND LOGISTICS PAK

**A.** The following Additional Coverage is added to Section A – COVERAGE:

**Broker Operations**

We will pay for direct physical loss or damage by a Covered Cause of Loss to the lawful property of others for which you have arranged transportation as an authorized Federal Motor Carrier Safety Administration broker of property and for which you have agreed would be insured by the carrier designated by you to transport such property. Such loss must occur while the property is in the due course of transit with a type of carrier for which a Limit of Insurance is shown in the Declarations.

The most we will pay under this Additional Coverage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, unless a lower Limit of Insurance is shown below for the type of carrier indicated by an 'X'.

| Type Of Carrier | Limit Of Insurance |
|---|---|
| ☐ Motor Carrier – In Or On A Land Vehicle Or Container: | $ |
| ☐ Air Carrier – Any Aircraft: | $ |
| ☐ Railroad – Any Railroad Car: | $ |

Any payment under this Additional Coverage is included within and will not increase the applicable Limit of Insurance shown in the Declarations or elsewhere in the Coverage Form.

**B.** The following Deductible is added to Section D – DEDUCTIBLE:

The applicable Deductible shown in the Declarations applies to the Broker Operations Additional Coverage unless a Specific Deductible is indicated below:

Specific Deductible:   $

**C.** The following Exclusions are added to Section B – EXCLUSIONS, Part 2., but only with respect to the Broker Operations Additional Coverage:

**a.** Property while no longer in the care, custody or control of the carrier designated by you to transport such property.

**b.** Inadequate packing or improper preparation for shipment, stowing, blocking or bracing by the shipper.

**c.** Loading or unloading of Covered Property by the:

(1) Shipper;

(2) Consignee; or

(3) Any agent or representative of a shipper or consignee.

**D.** The following changes are made to Section E – AMENDED AND ADDITIONAL CONDITIONS:

**1.** The Other Insurance Loss Condition in the COMMERCIAL INLAND MARINE CONDITIONS is replaced by the following, but only with respect to the Broker Operations Additional Coverage:

**Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in Paragraph a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance or over any value stated in tariff documents, bills of lading, shipping receipts or contracts. The insurance or self-insurance provided by the carrier designated to transport the Covered Property is primary to the insurance provided under the Broker Operations Additional Coverage.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes the copyrighted material of The Travelers Companies, Inc.

COMMERCIAL INLAND MARINE

c. The following replaces Paragraph b. above, only if indicated by an 'X' below:

[X] If any payment has been made under any carrier's insurance or any self-insurance for covered loss or damage, we will not pay for any portion of such loss or damage on a primary, contributing, excess, contingent or any other basis.

2. The following is added to the Valuation Amended Condition:

With respect to the Broker Operations Additional Coverage, the value of Covered Property will be the amount for which the carrier is liable, but we will not pay more than the least of the following amounts:

a. The value for such property stated in any tariff documents, bills of lading, shipping receipts, or contracts;

b. The cost of reasonably restoring such property to its condition immediately before loss or damage;

c. The destination market value, less any charges or expenses not incurred; or

d. The applicable Limit of Insurance.

But we will not pay for any part of a loss that has been paid or made good by others.

3. The following Additional And Amended Conditions are added, but only with respect to the Broker Operations Additional Coverage:

**1. Required Operating Authority For Motor Carriers**

The motor carrier designated to transport Covered Property must have authorized operating authority to transport such property under the Federal Motor Carrier Safety Administration requirements.

If the designated motor carrier does not have such authorized operating authority, we will not pay for loss or damage to any shipment by that designated motor carrier.

**2. Required Insurance For Motor Carriers**

The motor carrier designated to transport Covered Property must present, prior to transporting such property, a certificate of cargo insurance, or its equivalent, which shows coverage is in effect with Limits of Insurance deemed adequate for the

Covered Property designated for transport.

If the motor carrier is self-insured, it must present evidence of financial responsibility deemed adequate for the Covered Property designated for transport.

If, prior to shipment, the designated motor carrier fails to present such evidence of insurance or self-insurance, we will not pay for loss or damage to such shipment.

**3. Claim Against The Carrier**

The following Duty is added to the Duties in the Event of Loss, LOSS CONDITION in the COMMERCIAL INLAND MARINE CONDITIONS:

We will not pay for an otherwise covered loss until you, or your shipping customer, promptly makes a claim in writing against the carrier for any loss or damage which occurred while the Covered Property was in the carrier's care, custody or control. Such claim must include the following:

a. The intent to hold the carrier responsible;

b. Clear identification of the shipment; and

c. The demand for a specific sum.

**4. Pursuit of Claims Against The Carrier**

We will not pay for an otherwise covered loss until you and your shipping customer have made all reasonable and proper efforts to collect the full amount of loss or damage from the carrier or the carrier's insurer, but were unable to do so due to a:

a. Declination of coverage by the carrier's insurer;

b. Financial inability of the carrier's insurer to pay;

c. Financial inability of the carrier to pay;

d. Lack of sufficient limits under the carrier's insurance; or

e. Lack of response from the carrier, or the carrier's insurer.

In making such a claim, you or your shipper must comply with all

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes the copyrighted material of The Travelers Companies, Inc.

CM U5 42 09 17

COMMERCIAL INLAND MARINE

requirements of the bill of lading or other shipping document under which the lost or damaged property was shipped, as well as all other customary procedures for filing a claim against the carrier, but neither you, nor your shipper is required to initiate a lawsuit against the carrier.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes the copyrighted material of The Travelers Companies, Inc.