**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOOP XPRESS, INC.,** | ) | |
| | ) | Case No. 5:25-cv-02806-CEH |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Carmen E. Henderson |
| v | ) | |
| | ) | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND TRAVELERS PROPERTY CASUALTY CORP.,** | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

* * * * * *

**IT IS HEREBY STIPULATED** by and between the parties that all claims asserted herein be dismissed with prejudice and without costs to any party.

/s/ Stephen Bosak, Jr. w/Consent
Stephen M. Bosak, Jr. (0092443)
Carl M. Felice IV (0099994)
**GEMBALA, McLAUGHLIN & PECORA CO., LPA**
5455 Detroit Road
Sheffield Village, OH 44054
sbosak@gmpfirm.com
cfelice@gmpfirm.com

Attorney for Plaintiff

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (0084349)
**GREGORY, MEYER & CHAPNICK, P.C.**
340 E. Big Beaver, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-3920 - Fax
mchapnick@gregorylaw.com

Attorneys for Defendants

Dated: March 30, 2026