**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOOP XPRESS, INC.,** | ) | |
| | ) | Case No. 5:25-cv-02806-CEH |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Carmen E. Henderson |
| v | ) | |
| | ) | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND TRAVELERS PROPERTY CASUALTY CORP.,** | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| Defendants. | ) | |

* * * * * *

Upon the filing and reading of the above stipulation signed by counsel and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that this Action and Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

**This Order resolves the last pending claim in the above case, and closes the case.**

IT IS SO ORDERED.

Dated: April 1, 2026

Carmen Henderson
U.S. MAGISTRATE JUDGE